Prob 12B

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION**
**WITH CONSENT OF THE OFFENDER**
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Aaron Devon COUNCE |
| **Docket Number:** | 2:03CR00445-03 |
| **Offender Address:** | Oakland, California |
| **Judicial Officer:** | Honorable Frank C. Damrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 05/17/2004 |
| **Original Offense:** | 18 USC 1708, 2 - Possession of Stolen Mail, Aiding and Abetting<br>(CLASS D FELONY) |
| **Original Sentence:** | 30 months custody Bureau of Prisons; 36 months Supervised Release; $100 Special Assessment; $5,993 Restitution |
| **Special Conditions:** | Warrantless search; Asset restrictions; Financial disclosure; No new credit/debt; Drug/alcohol treatment program/testing; Abstain from alcohol and alcohol restrictions; Co-payment for treatment program/testing |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 02/13/2006 |
| **Assistant U.S. Attorney:** | James P. Arguelles       **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Dina L. Santos<br>(Appointed)       **Telephone:** (916) 447-2988 |
| **Other Court Action:** | None |

RE:    Aaron Devon COUNCE
       Docket Number:  2:03CR00445-03
       PETITION TO MODIFY THE CONDITIONS OR TERM
       OF SUPERVISION WITH CONSENT OF THE OFFENDER

PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1.    The defendant shall reside and participate in a Residential Reentry
      Center for a period of up to 120 days; said placement shall commence
      on a date to be determined by the probation officer.  The defendant
      shall pay the cost of confinement as determined by the Bureau of
      Prisons.

**Justification:**  The offender released to supervision on February 13, 2006, in the Northern District of California, and has been supervised by the United States Probation Office in Oakland, California.  On June 8, 2007, the offender was arrested by the Oakland Police Department for Hit - Run Driving; Driving Under the Influence of Alcohol or Drugs; Driving While Having a 0.08% or Higher Blood Alcohol; and, Driving While License Suspended/Revoked.  Prosecution of these charges is currently pending in the Alameda County Superior Court.  According to the probation officer in Oakland, the offender may be sentenced to 180 days custody in the state matter.

The supervising probation officer indicated that the offender has generally been in compliance with the conditions of supervision; however, he has not made regular payments toward his restitution obligation.  He has not been working consistently while on supervision, but is now enrolled and participating in training at the Wyotech Automotive School.  The offender completed drug aftercare counseling and testing on November 16, 2006.

In view of the above violation conduct, it is respectfully recommended that the offender's conditions of supervision be modified to include a special condition requiring him to

Rev. 02/2007
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

RE:   Aaron Devon COUNCE
       Docket Number:  2:03CR00445-03
       PETITION TO MODIFY THE CONDITIONS OR TERM
       OF SUPERVISION WITH CONSENT OF THE OFFENDER

participate in the Residential Reentry Center for up to 120 days.  A signed waiver for this modification is on file.

Respectfully submitted,

/s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**
Telephone: (916) 683-3322

**DATED:**     October 12, 2007
              Elk Grove, California
              DAS/cj

---

**THE COURT ORDERS:**

( x )   Modification approved as recommended.

( )     Modification not approved at this time.  Probation Officer to contact Court.

( )     Other:

October 18, 2007
_____
**Date**

_____
**Signature of Judicial Officer**

cc:   United States Probation
      James P. Arguelles, Assistant United States Attorney
      Dina L. Santos, Defense Counsel (Appointed)
      428 "J" Street, Suite 359
      Sacramento, California 95814
      Defendant
      Court File

Rev. 02/2007
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG