1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,

11             Respondent,                    No. CR S-03-0445 FCD KJM P

12        vs.

13   AARON DEVON COUNCE,

14             Movant.                        <u>ORDER</u>

15   _____/

16             Movant is a federal prisoner proceeding pro se with a motion under 28 U.S.C.

17   § 2255.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C.

18   § 636(b)(1)(B) and Local General Order No. 262.

19             On September 4, 2007, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Neither

22   party has filed objections to the findings and recommendations.

23             Although it appears from the file that movant's copy of the findings and

24   recommendations were returned, movant was properly served.  It is the movant's responsibility

25   to keep the court apprised of his current address at all times.  Pursuant to Local Rule 83-182(f),

26   service of documents at the record address of the party is fully effective.

1

1        The court has reviewed the file and finds the findings and recommendations to be

2    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

3    ORDERED that:

4        1.  The findings and recommendations filed September 4, 2007, are adopted in

5    full;

6        2.  Movant's September 24, 2004 motion to vacate, set aside, or correct his

7    sentence is denied; and

8        3.  The Clerk of the Court is directed to close the companion civil case No. 04-

9    2022 FCD KJM P.

10   DATED: October 30, 2007.

11

12                                                                                    FRANK C. DAMRELL, JR.

13                                                                                    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26