DINA L. SANTOS, Bar #204200
A Professional Law Corp.
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
Aaron Counce

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>AARON COUNCE<br>        Defendant.<br>_____ | No. CR.S-03-0445 FCD<br><br><br><br>STIPULATION AND ORDER VACATING<br>DATE, CONTINUING CASE, AND<br>EXCLUDING TIME<br><br><br>Date:  September 15, 2008<br>Time:  10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Courtney Linn, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant AARON COUNCE, that the status conference scheduled for August 4, 2008, be vacated and the matter be continued to this Court's criminal calendar on September 15, 2008, at 10:00 a.m, for status.

    This continuance is requested by the defense in order to permit further client consultation concerning Mr. Counce's pending state prosecutions in Contra Costa County and Alameda County.

1  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
2  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
3  3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
4  ends of justice served in granting the continuance and allowing the
5  defendant further time to prepare outweigh the best interests of the
6  public and the defendant in a speedy trial.

7  The Court is advised that all counsel have conferred about this
8  request, that they have agreed to the September 15, 2008 date, and that
9  Mr. Linn has authorized Ms. Santos to sign this stipulation on his
10 behalf.

11 **IT IS SO STIPULATED.**

13 Dated: July 31, 2008         /S/ Dina L. Santos
                                DINA L. SANTOS
14                              Attorney for Defendant
                                Aaron Counce

16 Dated: July 31, 2008         /S/ Courtney Linn
                                Courtney Linn
17                              Assistant United States Attorney
                                Attorney for Plaintiff

19                              **O R D E R**

20 **IT IS SO ORDERED.**

21          By the Court,

23 Dated: July 31, 2008

                                _____
                                FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE

Stipulation and Order             2